In an action to foreclose a mortgage, the defendant Mary M. Lamberti appeals from an order of the Supreme Court, Nassau County (Adams, J.), dated June 13, 2014, which denied, as academic, her motion for a mandatory settlement conference pursuant to CPLR 3408.
 

 Ordered that the appeal is dismissed, with costs.
 

 The appeal from the order dated June 13, 2014, must be dismissed as the right of direct appeal therefrom terminated with entry of the judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the separate appeal from the judgment of foreclosure and sale (see CPLR 5501 [a] [1]; Greenpoint Mtge. Corp. v Lamberti, 155 AD3d 1004 [2017] [decided herewith]).
 

 Mastro, J.P., Leventhal, Maltese and Brathwaite Nelson, JJ., concur.